Steven M. Chabre, SBN 173271
The Law Office of Steven M. Chabre
1335 Park Avenue
Alameda, CA 94501
(510) 749-1440
(510) 749-0466 (fax)

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSE MARIE PASSALACQUA, | Case No.: C 06-00391 SC |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER OF DISMISSAL** |
| vs. | |
| GROUP LONG TERM DISABILITY BENEFITS PLAN FOR JACKSON, TUFTS, COLE & BLACK EMPLOYEES and HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY, | |
| Defendants. | |

IT IS HEREBY STIPULATED, by and between the parties, by and through their respective attorneys of record, that this action shall be dismissed with prejudice, each party to bear their own fees and costs.

1
2  Dated: September  14 , 2006
3
4
5
6
7                                                    By: /s/ Laura E. Fannon
8                                                    Laura Fannon
                                                     KELLY, HERLIHY, & KLEIN LLP
9                                                    Attorneys for Defendants
                                                     GROUP LONG TERM DISABILITY
10                                                   BENEFITS PLAN FOR JACKSON,
                                                     TUFTS, COLE & BLACK
11                                                   EMPLOYEES and HARTFORD LIFE
                                                     AND ACCIDENT INSURANCE
12                                                   COMPANY
    Dated: September 8, 2006
13
14
15
16
                                                     By: /s/ Steven M. Chabre
17
18                                                   Steven M. Chabre
                                                     Attorney for Plaintiff
19                                                   ROSE MARIE PASSALACQUA
20
21
22
23
    **PURSUANT TO STIPULATION, IT IS SO ORDERED.**
24
25
26
    Dated: 9/18/06           By: /s/ Samuel Conti
27                           SAMUEL CONTI
                             U.S. DISTRICT COURT JUDGE
28

STIPULATION AND [PROPOSED] ORDER OF DISMISSAL                    (C 06-00391 SC)

2